SEALED

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 12 2023
CLERK, U.S. DISTRICT COURT
By_____
        Deputy

UNITED STATES OF AMERICA

v.                                    No.

CARLOS JONES (01)

4-23CR-109-O

INDICTMENT

The Grand Jury Charges:

Count One

Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning in or before January 2022, and continuing until in and around October 2022, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendant **Carlos Jones**, along with others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A), namely to possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(A)).

A TRUE BILL.

_____
FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

_____
SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817.252.5200
Email: Shawn.Smith2@usdoj.gov

Indictment – Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

CARLOS JONES (01)

INDICTMENT

21 U.S.C. § 846 (21 U.S.C. §§ 841 (a)(1) and (b)(1)(A))
Conspiracy to Possess with Intent to Distribute a Controlled Substance
Count 1

A true bill rendered

FORT WORTH                              _____ FOREPERSON

Filed in open court this 12th day of April, 2023.

**Warrant to Issue**

-----

_____
UNITED STATES MAGISTRATE JUDGE
No Pending Criminal Matter