IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:23-CR-109-O |
| CARLOS JONES (01) | **[Supersedes Indictment returned on April 12, 2023.]** |

## SUPERSEDING INFORMATION

The United States Attorney Charges:

### Count One

Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning in or before January 2022, and continuing until in and around October 2022, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendant **Carlos Jones**, along with others both known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B), namely to possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

**Superseding Information – Page 1**

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)).

        LEIGHA SIMONTON
        UNITED STATES ATTORNEY

        /s/ Shawn Smith
        SHAWN SMITH
        Assistant United States Attorney
        Texas State Bar No. 24033206
        801 Cherry Street, Suite 1700
        Fort Worth, Texas 76102
        Telephone: 817-252-5200
        Email: Shawn.Smith2@usdoj.gov