

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:23-CR-109-O |
| CARLOS JONES (01) | |

## FACTUAL RESUME

**SUPERSEDING INFORMATION:**

    Count One: Conspiracy to Possess with Intent to Distribute a Controlled Substance (methamphetamine) (in violation of 21 U.S.C. § 846, and 21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

PENALTY:   $5,000,000 fine - not less than 5 years imprisonment and not more than 40 years imprisonment, or both such fine and imprisonment, plus a term of supervised release of not less than 4 years.

**MAXIMUM PENALTY:**

$5,000,000 fine and not less than five (5) years nor more than forty (40) years imprisonment, plus a term of supervised release of not less than 4 years. If the defendant violates any condition of supervised release, the Court may revoke such term of supervised release and require the defendant to serve an additional period of confinement. Further the Court must impose a Mandatory Special Assessment of $100.00.

**ELEMENTS OF THE OFFENSE:**
The essential elements which must be proved beyond a reasonable doubt in order to establish the offenses charged in Count One of the Superseding Information are as follows:

First:    That two or more persons, directly or indirectly, reached an agreement to distribute or possess with intent to distribute a controlled substance, as charged in the information;

Second:    That the defendant knew of the unlawful purpose of the agreement;

**Factual Resume - Page 1**

Third:   That the defendant joined in the agreement willfully, that is, with the intent to further its unlawful purpose;

Fourth:   That the overall scope of the conspiracy involved at least 50 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; and

Fifth:   That the defendant knew or reasonably should have known that the scope of the conspiracy involved at least 50 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

STIPULATED FACTS:

In 2022, Carlos Jones received methamphetamine from others, ~~sometimes on consignment.~~ In turn, Carlos Jones distributed methamphetamine to others, requesting methamphetamine from his source after he ran out. In this manner, Carlos Jones conspired with others to possess more than 50 grams of methamphetamine with the intent to distribute it.

SIGNED this 31 day of May, 2022.

x _____          _____
CARLOS JONES                                                   DEWAYNE HUSTON
Defendant                                                              Counsel for Defendant

Factual Resume - Page 2