# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 2 6 2023
CLERK, U.S. DISTRICT COURT
By_____
Deputy

UNITED STATES OF AMERICA

V.                                    Case No.: 4:23-cr-00109-O-1

CARLOS DEAUNDRA JONES

## MOTION TO WITHDRAW GUILTY PLEA AND MOTION TO APPOINT NEW COUNSEL

Defendant Carlos Deaundra Jones, pro se, hereby moves this Honorable Court to allow him to withdraw his guilty plea and issue an order to appoint new counsel in the above styled and numbered cause. In support of this motion, Defendant states the following:

1. Defendant is charged with a federal crime in the Northern District of Texas – Fort Worth Division.

2. Defendant wishes to withdraw his guilty plea and be appointed new counsel. Specifically, Defendant is dissatisfied with counsel's representation thus far and contends that counsel was ineffective and his plea was not voluntary. Consequently, Defendant's claims create

an actual Conflict of interest. Accordingly, Defendant should be heard to evaluate the voluntariness of Defendant's guilty plea and/or the effectiveness of counsel's representation of Defendant.

3. Defendant has previously been found to be indigent and nothing about Defendant's indigency status has changed.

WHEREFORE, Defendant prays that the Court grant this motion to withdraw guilty plea and motion to appoint new counsel in this case.

June 19, 2023                          Respectfully submitted,

                                       Carlos Deaundra Jones, Pro Se
                                       Federal Reg. No. 54391-510

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2023, I deposited the foregoing pleading in the FBOP mail box to be served to the Assistant U.S. Attorney.

NORTH TEXAS TX P&DC
DALLAS TX 750
21 JUN 2023   PM 6   L

US. Clerc Federal Courthouse
501 W 10th st
Fort worth TX 76102

RECEIVED

JUN 2 6 2023

CLERK
NORTHERN DISTRICT OF TEXAS

76102-363798

Carlos Jones 54391-510
FMC Fortworth
P.o. Box 15330
Fort worth Tx 76119