IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | No. 4:23-CR-109-O |
| | § | |
| **CARLOS JONES** | § | |

**COUNSEL'S REPORT TO THE COURT PURSUANT TO COURT ORDER**

In response to the District Court's Order dated June 28, 2023 (document #35), counsel for Carlos Jones, George Dewayne Huston hereby will provide the Court a report of his findings. Carlos Jones filed a Motion To Withdraw on June 26, 2023, Carlos Jones also stated in this motion that his attorney was ineffective. This motion was denied by the Court on June 28, 2023 in document #34.

George Dewayne Huston did meet with Carlos Jones on July 7, 2023 at 1:30 p.m. at the Federal Medical Center. At this meeting Carlos Jones was informed of the purpose of the meeting, handed a copy of the Court Orders pertaining to his motion, had the Orders read and explained to him, and had the law on withdrawals explained to him. During the meeting Carlos Jones was asked about his assertions in the motion pertaining to Counsel and his desires going forward. Carlos Jones informed Counsel that he no longer wishes to pursue an ineffectiveness claim and that Counsel is effective. This statement was also signed and dated by Carlos Jones. The meeting lasted about 1.5 hours and after the discussion about the Court Orders, we then discussed his case. It is Counsel's belief that Carlos Jones understands the Court's Orders, and also wants to keep

George Dewayne Huston as his attorney of record.

                                                       Respectfully Submitted,

                                                    */s/ George Dewayne Huston*
                                                    George Dewayne Huston
                                                    The Huston Firm, P.C.
                                                    100 East 15th Street, Suite 620
                                                    Fort Worth, TX 76102
                                                    817-924-2222 (t)
                                                    817.924-2221 (f)
                                                    dewayne@thehustonfirm.com
                                                    TX Bar No. 24029623

**CERTIFICATE OF SERVICE**

      I, GEORGE DEWAYNE HUSTON, hereby certify that on July 13, 2023, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic filing system for the court.  I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                                    */s/George Dewayne Huston*
                                                    George Dewayne Huston
                                                    The Huston Firm, P.C.
                                                    100 East 15th Street, Suite 620
                                                    Fort Worth, TX 76102
                                                    817-924-2222 (t)
                                                    817.924-2221 (f)
                                                    dewayne@thehustonfirm.com
                                                    TX Bar No. 24029623