IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v. | § | No. 4:23-CR-109-O |
| CARLOS JONES | § | |

### *DEFENDANT'S MOTION FOR LEAVE TO FILE SENTENCING MEMORANDUM/DEPARTURE MOTION AFTER DEADLINE*

TO THE HONORABLE REED O'CONNOR, JUDGE,
UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS:

COME NOW, CARLOS JONES, Defendant, by and through his attorney of record, George Dewayne Huston, and submits this Motion for Leave to File Sentencing Memorandum/Departure Motion After Deadline, and, in support thereof, would respectfully show the Court as follows:

(1) Pursuant to this Court's Scheduling Order for Sentencing, any Sentencing Memorandum or Motion for Downward Departure was due to be filed on or before August 24, 2023 by 4:00 P.M.

(2) On September 1, 2023, Shawn Smith has been advised of this situation and is not opposed to the Sentencing Memorandum or Departure Motion. The Sentencing Memorandum or Departure Motion is being prepared and will be filed by early next week. Counsel made a mistake on the deadlines in this case as I thought the memorandums were due two weeks after the Presentence Report Addendum and not on the same day the Presentence Report Addendum was received.

(3) Undersigned counsel does not request leave to file the Sentencing Memorandum or Motion for Leave to Sentencing Memoranda After Deadline for the purposes of delay or to

inconvenience the Court or the Government, but to insure that Defendant receives effective assistance of counsel in this matter.

WHEREFORE, PREMISES CONSIDERED, Carlos Jones prays that the Court grant this Motion for Leave to File Sentencing Memorandum or Departure Motions After Deadline.

Respectfully Submitted,

*/s/ George Dewayne Huston*
George Dewayne Huston
The Huston Firm, P.C.
100 East 15th Street, Suite 620
Fort Worth, TX 76102
817-924-2222 (t)
817.924-2221 (f)
dewayne@thehustonfirm.com
TX Bar No. 24029623

## CERTIFICATE OF CONFERENCE

I, GEORGE DEWAYNE HUSTON, hereby certify that on September 1, 2023, I conferred with Assistant United States Attorney Shawn Smith, counsel for the government. I have been advised that Shawn Smith is UNOPPOSED to the Sentencing Memoranda.

## CERTIFICATE OF SERVICE

I, GEORGE DEWAYNE HUSTON, hereby certify that on September 1, 2023, I efiled the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, and the U.S. Attorney's office.

_____
George Dewayne Huston
The Huston Firm, P.C.
100 East 15th Street, Suite 620

Fort Worth, TX 76102
817-924-2222 (t)
817.924-2221 (f)
dewayne@thehustonfirm.com
TX Bar No. 24029623